THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Christopher
 Kernaghan, Appellant,
 
 
 

v.

 
 
 
 Safelite Glass
 Corporation, Employer, and Specialty Risk Services, Carrier, Respondents.
 
 
 

Appeal From the Appellate Panel 
 South Carolina Workers' Compensation
Commission

Unpublished Opinion No. 2012-UP-324  
Submitted May 1, 2012 – Filed May 30,2012

AFFIRMED

 
 
 
 Daniel A. Hunnicutt, of Conway, for
 Appellant.
 Garth H. White, of Charlotte, for
 Respondents.
 
 
 

PER CURIAM: Christopher
 Kernaghan (Employee) appeals the order of the Appellate Panel of the South
 Carolina Workers' Compensation Commission (Appellate Panel) denying him
 benefits.  On appeal, Kernaghan argues the Appellate Panel erred in finding his
 rheumatoid arthritis was not causally related to his employment.  Because
 medical evidence exists in the record to support the Appellate Panel's finding
 that Employee's rheumatoid arthritis was not causally related to his employment,
 we affirm[1] pursuant to Rule
 220(b)(1), SCACR, and the following authorities: S.C. Code Ann. §
 1-23-380(5)(e) (Supp. 2011) (providing the appellate court must affirm the
 decision of the Appellate Panel when the decision is supported by substantial
 evidence); S.C. Code Ann. § 42-1-160(A) (Supp. 2011) (providing an injury is
 compensable when it arises out of and in the course of employment); McCuen
 v. BMW Mfg. Corp., 383 S.C. 19, 24, 677 S.E.2d 28, 31 (Ct. App. 2009) ("An
 injury arises out of employment if a causal relationship between the conditions
 under which the work is to be performed and the resulting injury is apparent to
 the rational mind, upon consideration of all the circumstances."); id. at 24-25, 677 S.E.2d at 31-32 ("The claimant has the burden of proving
 facts that will bring the injury within the workers' compensation law, and such award must not be
 based on surmise, conjecture or speculation." (quotation marks omitted)).
AFFIRMED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.